IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

United States of America,           )
                                    )
vs.                                 )     Criminal No.: 3:13-cr-558-TLW
                                    )
Leland Victor Nielsen, III,         )
_____        )

### ORDER

In accordance with the opinion and remand by the United States Court of Appeals for the Fourth Circuit (Doc. #120), Counts 2, 4, 6, and 8 of the Indictment against Defendant, Leland Victor Nielsen, III, are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

<u>s/ Terry L. Wooten</u>
TERRY L. WOOTEN
Chief United States District Judge

March 15, 2016
Columbia, South Carolina